1  Jeremy T. Bergstrom, Esq.                    E-filed on November 5, 2009
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-95964

5  Attorneys for Secured Creditor
   TRIAD FINANCIAL CORPORATION

6
                    **UNITED STATES BANKRUPTCY COURT**
7                        **DISTRICT OF NEVADA**

8  In Re,                                    BK No.: BK-S-09-27642-LBR

9  BRIAN KEITH THOMAS AND RHAYNE             Chapter 13
   MARCELLA THOMAS,
10                                           **REQUEST FOR SPECIAL NOTICE**
                    Debtor(s).
11

12 TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
   ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

13         PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

14 Bankruptcy Rules, Secured Creditor, TRIAD FINANCIAL CORPORATION, requests that all

15 notices given in this case and all papers served or required to be served in this case (including,

16 but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and

17 Trustee's No-Asset Report), be given to and served upon the undersigned at the following

18 address and telephone number.

19         Jeremy T. Bergstrom, Esq.
           MILES, BAUER, BERGSTROM & WINTERS, LLP
20         2200 Paseo Verde Pkwy., Suite 250
           Henderson, NV  89052
21         PH (702) 369-5960

22                           MILES, BAUER, BERGSTROM & WINTERS, LLP

23 Dated:   November 4, 2009     By:    /s/ Jeremy T. Bergstrom, Esq.
                                        Jeremy T. Bergstrom, Esq.
24                                      Attorney for Secured Creditor

                                        1

1

## CERTIFICATE OF MAILING

2     The undersigned hereby certifies that on __November 5, 2009__, a copy of the

3  **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a

4  true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United

5  States Mail, addressed as follows:

6  ATTORNEY FOR DEBTOR:
Steven A. Alpert
7  Price Law Group, APC
1350 E. Flamingo Rd. Ste. 15A
8  Las Vegas, NV  89119

9  CHAPTER 13 TRUSTEE:
Kathleen A. Leavitt
10 201 Las Vegas Blvd S. Ste. 200
Las Vegas, NV  89101

11

12     I declare under penalty of perjury under the laws of the State of Nevada that the

13 foregoing is true and correct.

             _____/s/ Felicia McGhee_____

14            An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-95964/rfsnlv.dot/fam)**

15

16

17

18

19

20

21

22

23

24

2