

**Entered on Docket**
**October 22, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wilmington Trust Company, as successor Trustee to Bank of America, National Association (successor by merger to LaSalle Bank, National Association) as Trustee for LXS 2007-3
09-77282

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-27642-lbr |
|---|---|
| Brian Keith Thomas and Rhayne Marcella Thomas | Date: 9/8/10<br>Time: 10:30am |
|  | Chapter 13 |
| Debtors |  |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wilmington Trust Company, as successor Trustee to Bank of America, National Association (successor by merger to LaSalle Bank, National Association) as Trustee for LXS 2007-3, its assignees and/or successors in interest, of the subject property, generally described as 3761 Warmbreeze Way, Las Vegas, NV 89129.

IT IS FURTHER ORDERED that the debtors are entitled to make an election for a mediation under the provisions of NRS 107 et. seq. and AB 149.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

WILDE & ASSOCIATES
By: /s/ #10791
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

By: See page 4
Steven A. Alpert
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By: _____
Kathleen A Leavitt
Chapter 13 Trustee

1. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

**WILDE & ASSOCIATES**

By:_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Steven A. Alpert
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Kathleen A Leavitt
Chapter 13 Trustee

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_x\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

\_x\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:
- \_X\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
- \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
- \_\_\_\_ appeared at the hearing, waived the right to review the order
- \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
- \_X\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
- \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
- \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
- \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
- \_\_\_\_ appeared at the hearing, waived the right to review the order
- \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
- \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
- \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor